## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
### (Charlottesville Division)

| | |
|---|---|
| ZAHRIYAH WILSON<br><br>Plaintiff,<br><br>v.<br><br>BELL PARTNERS, INC.<br><br>Defendant. | Case No. <u>3:21CV00037</u><br>Removed from the Circuit Court<br>for the City of Charlottesville, Virginia<br>Case No. 540CL21000454-00 |

### NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Bell Partners, Inc. ("Bell Partners") removes Case No. 540CL21000454-00 filed by Plaintiff Zahriyah Wilson ("Ms. Wilson") from the Circuit Court for the City of Charlottesville, Virginia, to the United States District Court for the Western District of Virginia, and in support hereof states as follows:

### GROUNDS FOR REMOVAL: DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332

1.     Jurisdiction is proper in the United States District Court for the Western District of Virginia under 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000.00, and is between citizens of different states.

2.     In her Complaint, Ms. Wilson represents she lives in the Commonwealth of Virginia. *See* Compl. ¶ 3, attached as **Exhibit 1-A**.

3.     The only named defendant, Bell Partners, is a corporation formed under the laws of the State of North Carolina with its principal place of business located in North Carolina as well. Accordingly, Bell Partners is a citizen of the State of North Carolina. *See* Declaration of Diane Huffman in Support of

Notice of Removal, which is included herewith as **Exhibit 2**. The information on file with the North Carolina Secretary of State confirms Bell Partners is a North Carolina corporation with its principal place of business located there. *See* **Exhibit 1-B**.

4.      The Complaint asserts two causes of action under the Virginia Human Rights Act and one cause of action under the Virginia Whistleblower Protection Act.  The Complaint seeks monetary relief in the amount of $500,000.00, which is an amount greater than the minimum jurisdictional threshold of $75,000. *See* Commonwealth of Virginia Cover Sheet for Filing Civil Actions, attached as **Exhibit 1-C**.

## VENUE UNDER 28 U.S.C. §§ 1441, 1446

5.      Venue is proper in the United States District Court for the Western District of Virginia (Charlottesville Division) pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because this Court is the federal judicial district and division embracing the Circuit Court for the City of Charlottesville, Virginia where Ms. Wilson filed the pending state litigation.

## TIMELINESS OF REMOVAL

6.      Removal is timely in accordance with 28 U.S.C. § 1446(b) because Bell Partners was served with process on October 1, 2021, and this Notice of Removal is filed within 30 days of that date. *See* Declaration of Diane Huffman in Support of Notice of Removal, which is included herewith as **Exhibit 2**.

## PROCESS, PLEADINGS, AND ORDERS

7.      True and correct copies of the process, pleadings, and orders served upon Bell Partners are being filed herewith as attachments to the Declaration of Michael J. Neary, Esq. in Support of Notice of Removal, which is included herewith as **Exhibit 1**.

WHEREFORE, Defendant Bell Partners, Inc. removes Case No. 540CL21000454-00 from the Circuit Court for the City of Charlottesville, Virginia, to the United States District Court for the Western

2

District of Virginia, without waiving any objections to process, service of process, personal jurisdiction, venue, or any other defenses or objections.

Respectfully submitted,

Michael J. Neary, Esq.
Virginia Bar No. 91961
LERCH, EARLY & BREWER, CHTD.
7600 Wisconsin Avenue, Suite 700
Bethesda, Maryland 20814
(301) 657-0740 (phone)
(301) 347-1790 (facsimile)
mjneary@lerchearly.com
*Attorneys for Defendant Bell Partners, Inc.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2021, a copy of the foregoing was served via first-class mail, postage prepaid, on:

Barbara A. Queen, Esq.,
Hope R. Amezquita, Esq.
LAWRENCE QUEEN
701 East Franklin Street, Suite 700
Richmond, Virginia 23219
*Counsel for Zahriyah Wilson*

_____
Michael J. Neary, Esq.

4

4296132.1                                                                 92110.011